UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL J. LISTON | § § | |
| Plaintiff, | § § | Civil Action No.: 1:10-cv-10677-DPW |
| v. | § § § | |
| DAVID KIM and CALIBER CAPITAL GROUP, LLC, | § § § | |
| Defendants. | § § | |

**STIPULATION FOR DISMISSAL**

NOW COME the parties, by their attorneys, and stipulate pursuant to F.R.C.P. 41(a)(1)(ii) that the above-captioned case be dismissed **with prejudice**. Each party is to bear its own costs and attorneys' fees.

    Respectfully submitted,

    MICHAEL J. LISTON

Dated: October 26, 2010

/s/ Michael J. Liston
Michael J. Liston, BBO#301760
2 Park Plaza, Suite 610
Boston, MA 02116
(617) 426-2281

                DAVID KIM AND
                CALIBER CAPITAL GROUP, LLC

                By Its Attorneys,

Dated: October 26, 2010        /s/ Michael J. Lambert
                                        Michael J. Lambert, BBO#632053
                                        John H. Perten, Esq., BBO# 548728
                                        Sheehan Phinney Bass + Green, PA
                                        255 State Street
                                        Boston, MA  02109
                                        (617) 897-5637
                                        mlambert@sheehan.com

## CERTIFICATE OF SERVICE

    I, Michael J. Lambert, hereby certify that on the 26th day of October 2010, I served a copy of the forgoing by Electronic Court Filing (ECF) to all counsel of record.

                                          /s/ Michael J. Lambert
                                          Michael J. Lambert